# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ADAM KAZIMIERZ ANTONOWICZ, T/N ADAM SCHELLER,<br><br>A fugitive from the Government of the Republic of Poland, | Case No. 16-02164 M<br><br>**ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION AND SETTING DATE FOR STATUS CONFERENCE** |

Upon consideration of the request of the United States for the detention of Adam Kazimierz Antonowicz ("Antonowicz") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that the request for detention is GRANTED, and the Court makes the following rulings:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. *United States v. Salerno*, 878 F.2d 317, 317 (9th Cir.1989); *see also Matter of Extradition of Smyth*, 976 F.2d 1535, 1535-36 (9th Cir. 1992); *Kamrin v. United States*, 725 F.2d 1225, 1228 (9th Cir.1984). The burden of showing special circumstances rests upon the fugitive.

*See, e.g., Salerno*, 878 F.2d at 317-18.  Here, Antonowicz has not shown that "special circumstances" exist, and the Court finds that based on the current record no such "special circumstances" exist.

2. At his initial appearance, Antonowicz stated he may later attempt to show "special circumstances" and request bail.  To do so, Antonowicz should file a motion setting forth the legal and factual bases for his request.  The United States will then have seven (7) days within which to file any opposition.  Before filing the motion, Antonowicz should obtain a specific hearing date from the Court's CRD.

3. A status conference shall take place on **Friday, February 10, 2017, at 11 a.m.,** in Courtroom H, 9th Floor, 312 N. Spring Street, Los Angeles, to discuss further proceedings in this matter.

DATED: 1/30/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE